IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

GREGORY LEE VOELSANG,

      Plaintiff,                      No. CIV S-06-2083 RRB DAD P

    vs.

JAMES E. TILTON, et al.,

      Defendants.        <u>ORDER</u>

_____/

        Plaintiff is a state prisoner proceeding pro se. Plaintiff seeks relief pursuant to 42 U.S.C. § 1983 and has filed an application to proceed in forma pauperis under 28 U.S.C. § 1915. This proceeding was referred to the undersigned magistrate judge in accordance with Local Rule 72-302 and 28 U.S.C. § 636(b)(1).

        Plaintiff has submitted an in forma pauperis application that makes the showing required by 28 U.S.C. § 1915(a). Accordingly, plaintiff will be granted leave to proceed in forma pauperis.

        Plaintiff is required to pay the statutory filing fee of $350.00 for this action. <u>See</u> 28 U.S.C. §§ 1914(a) & 1915(b)(1). Plaintiff has been without funds for six months and is currently without funds. Accordingly, the court will not assess an initial partial filing fee. <u>See</u> 28 U.S.C. § 1915(b)(1). Plaintiff will be obligated to make monthly payments of twenty percent of

1

1 the preceding month's income credited to plaintiff's prison trust account.  These payments shall
2 be collected and forwarded by the appropriate agency to the Clerk of the Court each time the
3 amount in plaintiff's account exceeds $10.00, until the filing fee is paid in full.  See 28 U.S.C.
4 § 1915(b)(2).

5           In the present case, plaintiff has identified as defendants Secretary James E. Tilton
6 and Warden Roseanne Campbell.  Plaintiff alleges that he is being denied his rights under the
7 Equal Protection Clause because he is being allowed no more than two appliances in his cell.
8 Plaintiff alleges that, in contrast, female inmates are allowed three appliances in their cells as
9 long as one is a hair care appliance.  Plaintiff contends that he would like to use his electric razor,
10 a hair-care appliance according to plaintiff, but he has been told that he must donate, destroy, or
11 send it home at his own expense.

12           Plaintiff also alleges that he is being denied his rights under the Due Process
13 Clause because the two-appliance policy prohibits him from retaining his legally owned property.
14 Petitioner contends that prison officials also took three games away from him as a result of the
15 new policy.  Plaintiff asserts that hot-pots and fans should be exempt from the policy because
16 they are a medical necessity for some inmates.  Plaintiff alleges that, for example, MCSP does
17 not have air conditioned cells and inmates who are part of the mental health delivery system are
18 extremely heat sensitive as a result of their medications and therefor need fans.  In addition,
19 plaintiff alleges that hot-pots are necessary to boil water if the water is contaminated and to heat
20 food.  Plaintiff seeks injunctive relief to stop the implementation of the two-appliance policy.

21           Plaintiff's complaint appears to state cognizable claims for relief pursuant to 42
22 U.S.C. § 1983 and 28 U.S.C. § 1915A(b).  If the allegations of the complaint are proven, plaintiff
23 has a reasonable opportunity to prevail on the merits of this action.
24 /////
25 /////
26 /////

Accordingly, IT IS HEREBY ORDERED that:

1. Plaintiff's motion to proceed in forma pauperis is granted.

2. Plaintiff is obligated to pay the statutory filing fee of $350.00 for this action. The fee shall be collected and paid in accordance with this court's order to the Director of the California Department of Corrections and Rehabilitation filed concurrently herewith.

3. Service of the complaint is appropriate for the following defendants: Tilton and Campbell.

4. The Clerk of the Court shall send plaintiff two USM-285 forms, one summons, an instruction sheet and a copy of the complaint filed September 19, 2006.

5. Within thirty days from the date of this order, plaintiff shall complete the attached Notice of Submission of Documents and submit all of the following documents to the court at the same time:

    a. The completed, signed Notice of Submission of Documents;

    b. One completed summons;

    c. One completed USM-285 form for each defendant listed in number 3 above; and

    d. Three copies of the endorsed complaint filed September 19, 2006.

6. Plaintiff shall not attempt to effect service of the complaint on defendants or request a waiver of service of summons from any defendant. Upon receipt of the above-described documents, the court will direct the United States Marshal to serve the above-named defendants pursuant to Federal Rule of Civil Procedure 4 without payment of costs.

DATED: March 6, 2008.

DALE A. DROZD
UNITED STATES MAGISTRATE JUDGE

DAD:9
voge2083.1a

3

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

GREGORY LEE VOGELSANG,

      Plaintiff,                No. CIV S-06-2083 RRB DAD

    vs.

JAMES E. TILTON, et al.,         NOTICE OF SUBMISSION

      Defendants.             OF DOCUMENTS

_____/

      Plaintiff hereby submits the following documents in compliance with the court's order filed _____:

      ____ one completed summons form;

      ____ two completed USM-285 forms; and

      ____ three true and exact copies of the complaint filed September 19, 2006.

DATED: _____.

                                                _____
                                                Plaintiff